# FILED

10/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0396

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| BILLIE LEE HENDERSON,<br>　　　　　Appellant / Defendant,<br>　-vs-<br>STATE OF MONTANA,<br>　　　　　Appellee / Plaintiff. | CASE NO. DA 19-0396<br><br>**ORDER – GRANTING EXTENSION** |

Upon Appellant / Defendant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That Appellant / Defendant is granted an extension of time for the filing of Appellant's opening brief, from the current deadline of November 1, 2021, to the date of December 22, 2021.

DATED this _____ day of October, 2021.

_____
**BOWEN GREENWOOD**
CLERK OF THE SUPREME COURT

CC:　Stevenson Law Office
　　　Montana Attorney General

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
October 12 2021